UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHERIE ELIZABETH CARBONE,**

    **Plaintiff,**

**v.**         **Case No: 6:16-cv-682-Orl-41TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                                                  /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1) and the Joint Memorandum (Doc. 15) regarding the Commissioner of Social Security's final decision denying Plaintiff's claims. United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation ("R&R," Doc. 16), in which he recommends affirming the Commissioner's decision.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made part of this Order.

    2. The Commissioner's final decision in this case is **AFFIRMED**.

    3. The Clerk is directed to enter judgment in favor of Defendant and close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2017.



Copies furnished to:

Counsel of Record